735 A.2d 568

IN THE MATTER OF JESSE JENKINS,
III, AN ATTORNEY AT LAW.

September 10, 1999.

## ORDER

The Disciplinary Review Board on April 8, 1999, having filed with the Court its decision concluding that **JESSE JENKINS, III,** of **ORANGE,** who was admitted to the bar of this State in 1992, and who was thereafter suspended from the practice of law for a period of six months effective November 12, 1997, and who remains suspended at this time, should be suspended from the practice of law for a period of three months for violating *RPC* 3.4(c) (knowing disobedience of an obligation under the rules of a tribunal) and *RPC* 4.1(a) (truthfulness in statements to others);

And the Disciplinary Review Board having concluded that the three-month suspension should be consecutive to the six-month suspension;

And good cause appearing;

It is ORDERED that **JESSE JENKINS, III,** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 12, 1998; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.